ORIGINAL

FILED
JUL 24 2008
U.S. COURT OF FEDERAL CLAIMS

UNITED STATES COURT OF FEDERAL CLAIMS

MARIA-ELENA HERNANDEZ, et al.,

Plaintiffs

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 08-539 C

**NOTICE OF INDIRECTLY RELATED CASES**

Please take note that the above captioned case is indirectly related to Stephen Adams, et al. v. United States, No. 90-162C and consolidated cases, Ralph E. Boston, et al. v. United States, No. 01-518C, Christopher M. Wolfen v. United States, No. 03-2665C, Richard L. Lyon v. United States, No. 03-2836, Joseph A. Curry, et al. v. United States, No. 03-2858C, Joseph A. Danca, et al. v. United States, No. 04-0023C, Mannix Acevedo, et al. v. United States, No. 04-0045C, Theodore Antonsen, et al. v. United States, No. 04-163C, Huel B. Benton, III, et al. v. United States, No. 04-233C, John O. Harazda, et al. v. United States, No. 04-302C, Richard J. Campbell, et al. v United States, No. 04-707C, Kevin R. Barker, et al. v. United States, No. 04-1189C, Kenneth W. Giles, et al. v. United States, No. 04-1283C, Fred J. Bradford, et al. v. United States, No. 04-1393C, Terry J. Easter, et al. v. United States, No. 04-1435C, Patrick J. Caffery, et al. v. U.S., Case No. 04-1613C, Miguel L. Carrasquillo, et al. v. United States, Case No. 04-1732, William E. Atkinson, et al. v. United States, Case No. 05-124, Percy Davis, et al. v. United States, Case No. 05-230C, James M. Bracken, et al. v. United States, Case No. 05-474C, Danilo M. Almares, et al. v. United States, Case No. 05-506C, Thomas E. English, et al. v. United States, Case No.

05-572C, Steven R. Charves v. United States, Case No. 05-707C, Michael F. Schmidt v. United States, Case No. 05-1115C, Michael J. Donahue v. United States, Case No. 05-1192C, Lydia Y. Bagley, et al. v. United States, Case No. 06-103C, Julie E. Antilla, et al. v. United States, Case No. 06-139C, Alan M. Evans, et al. v. United States, Case No. 06-183C, Paula F. Albert, et al v. United States, Case No. 06-223C, Roberta Goralczyk, et al. v. United States, Case No. 06-283C, Carlos M. Aquino, et al. v. United States, Case No. 06-367C, Wayne Groves, et al. v. United States, Case No. 06-456, Evangela Forbes v. United States, Case No. 06-510C, Kerry Hamilton v. United States, Case No. 06-680C, Deborah A. George v. United States, Case No. 06-776C, Linda A. Stocum v. United States, Case No. 07-03C, Jeffrey B. Morgan v. United States, Case No. 07-205C, Christopher J. Grush v. United States, Case No 07-232C, Andrew W. Breiner, et al. v. United States, Case No. 07-249C, Diane M. Gibson, et al. v. United States, Case No. 07-284C, Paul G. Jaster, et al. v. United States, Case No. 07-299C, David P. Brown v. United States, Case No. 07-326C, Anita Chalmers v. United States, Case No. 07-361C, Matthew J. Crusan, et al. v. United States, Case No. 07-434C, Shannon M. Garner, et al. v. United States, Case No. 07-525C, Luis A. Carrion, et al. v. United States, Case No. 07-626C, Janice R. Barnes, et al. v. United States, Case No. 07-682C, Claude M. Redd, et al. v. United States, Case No. 07-718C, Maria L. Gilbert, et al. v. United States, Case No. 07-731C, Zoraida Gonzalez, et al. v. United States, Case No. 07-790C, William J. Salera v. United States, Case No. 07-886C, Kathy L. Federico, et al. v. United States, Case No. 08-44C, Mary Laferriere v. United States, Case No. 08-218C, Susan C. Zennan v. United States, Case No. 08-290C, Nicole S. Bornstein, et al. v. United States, Case No. 08-367C and Joseph

R. Brown, et al. v. United States, Case No. 08-503C; which are currently pending in the United States Court of Federal Claims, the outcome of which is likely to call for a determination of the same or substantially similar questions as are presented in the instant case.

Respectfully submitted,

Jules Bernstein (Counsel of Record)
Bernstein & Lipsett, P.C.
1920 L Street, N.W.
Suite 303
Washington, D.C. 20036
(202) 296-1798

OF COUNSEL:
Linda Lipsett

Edgar James
James & Hoffman
1101 17th Street, N.W.
Suite 510
Washington, D.C. 20036
(202) 496-0500

Attorneys for Plaintiffs

Dated: July 24, 2008